Kathleen Maylin (SBN 155371)
Maylink@jacksonlewis.com
Rebecca Benhuri (SBN 209443)
Benhurir@jacksonlewis.com
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
EMERITUS CORPORATION


Paul B. Justi (SBN 124727)
pbjusti@comcast.net
Juniper Bacon (SBN 256687)
juniper@pbjusti.com
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone: (925) 256 7900
Facsimile: (925) 256 9204

Attorneys for Plaintiffs
LISA PAGLIA, DOROTHY TING and
KATHIE CALLANTINE

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PAGLIA, DOROTHY TING and KATHIE CALLANTINE,<br><br>Plaintiffs,<br><br>v.<br><br>EMERITUS CORPORATION, a business entity, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. 3:09-cv-01582-SI<br><br>**STIPULATION REGARDING DISMISSAL OF ACTION; AND [PROPOSED] ORDER**<br><br>Complaint Filed: March 12, 2009; Contra Costa Superior Court<br>Removed: April 10, 2009 |

///

///

1

STIPULATION REGARDING DISMISSAL OF ACTION;
AND [PROPOSED] ORDER                                                                 Case No. 3:09-cv-01582-SI

COMES NOW Plaintiffs LISA PAGLIA, DOROTHY TING and KATHIE CALLANTINE, ("Plaintiffs") and Defendant EMERITUS CORPORATION ("Defendant"), and through their respective counsel, enter into the following Stipulation Regarding Dismissal of Action as follows:.

1. That the parties have fully and finally reached a resolution as to all issues and subjects of controversy between them;

2. That this action, designated as Case No. 3:09-cv-01582-SI, be dismissed, with prejudice, in its entirety; and

3. That each party is to bear their own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 22, 2009

JACKSON LEWIS LLP

By: _____
Kathleen Maylin
Attorneys for Defendant
EMERITUS CORPORATION

Dated: October 22, 2009

LAW OFFICES OF PAUL B. JUSTI

By: _____
Paul B. Justi
Juniper Bacon
Attorneys for Plaintiffs
LISA PAGLIA, DOROTHY TING,
and KATHIE CALLANTINE

## [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, the Court orders as follows:

GOOD CAUSE APPEARING, and pursuant to the Stipulation of the parties, Case No. 3:09-cv-01582-SI is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: _____  *Susan Illston*
_____
The Honorable SUSAN ILLSTON
United States District Court Judge